1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**JOHN HOPKINS,**                                    ) **Case No. C-06-3229 MJJ**
                                                     )
11                                                   )
          **Plaintiff,**                             ) **ORDER OF DISMISSAL**
12                                                   )
**v.**                                               )
13                                                   )
**JOHN E. PINCHES, dba CHIEF DRIVE-IN,**             )
**and DOES ONE to FIFTY, inclusive,**               )
14                                                   )
                                                     )
15        **Defendants.**                            )
   _____)

16

        Having considered the parties' Stipulation of Dismissal with Prejudice and for good

17
cause appearing, it is hereby ORDERED:

18
        1.       The action <u>HOPKINS v PINCHES, dba CHIEF DRIVE-IN</u>, Case Number C-06-

19
3229 MJJ, is dismissed with prejudice with each party to bear his own attorneys' fees and

20
costs.

21
22
   Dated: _____8/11/2006_____     _____

23
                                           MARTIN J. JENKINS
                                           UNITED STATES DISTRICT JUDGE
24
25
26
27
28

ORDER OF DISMISSAL                              1                              C-06-3229 MJJ